# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

IVAILO IVANOV,

Petitioner,

v.

BROOKE THIESSEN,

Respondent.

No. 2D2025-2429

_____

May 8, 2026

Petition for Writ of Certiorari to the Circuit Court for Pinellas County; Michael F. Andrews, Judge.

Ronald D. Edwards, Jr. and Lauren E. Beames of Lowndes, Drosdick, Doster, Kantor & Reed, P.A., Orlando, for Petitioner.

Jacob Z. Coates, Mark M. Wall, Marie A. Borland, and Jarod A. Brazel of Hill, Ward & Henderson, P.A., Tampa, for Respondent.

PER CURIAM.

Denied.

SILBERMAN, VILLANTI, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.